[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 15-15488
_____

D.C. Docket No. 9:11-cv-80416-KLR


CORDELL CONSULTANT, INC. MONEY
PURCHASE PLAN AND TRUST,
a Virginia Corporation,

                                              Plaintiff - Appellant,

versus

ELIOT C. ABBOTT,
ABBEY L. KAPLAN,
STEVEN I. SILVERMAN,
KLUGER, PERETZ, KAPLAN & BERLIN, P.L.,
a Florida Professional Limited Liability Company,

                                              Defendants – Appellees.

_____

Appeal from the United States District Court
for the Southern District of Florida
_____

(March 21, 2017)

Before JORDAN and JILL PRYOR, Circuit Judges, and PROCTOR,[*] District Judge.

PER CURIAM:

With the benefit of oral argument, and following a review of the record, we affirm the grant of summary judgment in favor of the defendants for the reasons set forth by the district court.

**AFFIRMED.**

---

[*] The Honorable R. David Proctor, United States District Judge for the Northern District of Alabama, sitting by designation.